U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2011 JUL 25 AM 9: 27

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 2:11-mj-72 |
| ) | |
| DAVID GELLAD, ) | |
| Defendant ) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f) pending the defendant's transfer to the District of Delaware.

1. <u>Eligibility for Detention</u>. This defendant is eligible for detention because the defendant presents a risk of flight and a danger to the community. Because the charged offense is a violation of 18 U.S.C. § 2422(b) involving a minor victim, there is a rebuttable presumption that the defendant should be detained. 18 U.S.C. § 3142(e)(3)(E).

2. <u>Reason For Detention</u>. As set forth above, there is a rebuttable presumption that the defendant should be detained. 18 U.S.C. § 3142(e)(3)(E). The Court should detain the defendant because there are no conditions of release which will reasonably assure the safety of the community if the defendant is released or that would ensure the defendant's appearance as required.

First, this defendant poses a serious danger to the community. As alleged in the affidavit supporting the complaint, Gellad contacted a 14-year old female over the internet at least as early as October 2010. During the course of his internet discussions with the minor female, he requested that she send him naked pictures of herself. Further, Gellad traveled from Canada to the United States on at least two occasions to engage in sexual contact with the minor female victim. Gellad

gave gifts to the minor female to promote the relationship. Gellad's repeated acts against a minor victim make him a danger to the community if released. Notably, when United States Magistrate Judge Hon. Mary Pat Thynge issued the warrant in this case, she included a specific, handwritten request that this defendant receive no release or bail before transfer to the District of Delaware.

Gellad also poses a risk of flight. He has no contacts to the District of Delaware other than his charged criminal contact with the minor victim. He has no legal status in the United States. According to the investigating agents in Delaware, when the alleged contact was discovered by the victim's father in June 2011, Gellad fled the United States, returning to Canada on a flight earlier than his previously arranged departure. Further, this office has been informed by the District of Delaware that Gellad will likely also face state charges in Pennsylvania and Delaware related to his sexual contacts with the minor victim. Gellad faces serious criminal charges, both an offense with a mandatory minimum 10-year sentence in this case, see 18 U.S.C. § 2442(b), as well as potential state charges. He has no ties to the area beyond his crime and has already fled the district once to avoid contact with the victim's father. Given all of these circumstances, he is a risk of flight.

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under § 3142(e)(F)(3). The presumption applies because there is probable cause to believe the defendant coerced and enticed a 14-year old female to engage in unlawful sexual activity in the State and District of Delaware. As Gellad is clearly both a danger to the community and a risk of flight, he cannot rebut the presumption in favor of detention. He should be detained at this time.

4. <u>Time For Detention Hearing</u>. The United States requests the court conduct the detention hearing at first appearance in this district and detain the defendant for his transfer to face these charges in the District of Delaware.

Dated at Burlington, in the District of Vermont, this 25th day of July 2011.

                Respectfully submitted,

                UNITED STATES OF AMERICA

                TRISTRAM J. COFFIN
                United States Attorney

By: _____
     Eugenia A. P. Cowles
     Assistant U.S. Attorney
     P.O. Box 570
     Burlington VT 05402-0570
     (802) 951-6725