IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>           Plaintiff, ) <br> v.                              ) <br> ) <br> DAVID GELLAD,             ) <br> ) <br>           Defendant. ) | Criminal Action No. 11- 98 |

## **INDICTMENT**

The Grand Jury for the District of Delaware charges that:

### **Count 1**

From on or about October 1, 2010, through on or about July 1, 2011, in the State and District of Delaware and elsewhere, the defendant, DAVID GELLAD, using the mail and a facility and means of interstate and foreign commerce, to wit; the Internet and telephones, did knowingly persuade, induce, entice, and coerce, and attempt to do so, an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: (1) Unlawful Sexual Contact Second Degree, in violation of Title 11, Delaware Code, Section 768; and (2) Rape Fourth Degree, in violation of Title 11, Delaware Code, Section 770.

All in violation of Title 18, United States Code, Section 2422(b).

## Count 2

In or about March 2011, the defendant, DAVID GELLAD, knowingly traveled in interstate and foreign commerce from Montreal, Canada to the District of Delaware and elsewhere for the purpose of engaging in illicit sexual conduct, to wit: a sexual act with a female under the age of 15 years old, such sexual act being defined in 18 U.S.C. § 2246, and such sexual act which would have been in violation of Chapter 109A, had the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

In violation of Title 18, United States Code, Section 2423(b).

## Count 3

In or about June 2011, the defendant, DAVID GELLAD, knowingly traveled in interstate and foreign commerce from Montreal, Canada to the District of Delaware and elsewhere for the purpose of engaging in illicit sexual conduct, to wit: a sexual act with a female under the age of 15 years old, such sexual act being defined in 18 U.S.C. § 2246, and such sexual act which would have been in violation of Chapter 109A, had the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

In violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

_____
Foreperson

CHARLES M. OBERLY, III
UNITED STATES ATTORNEY

By: _____
Edward J. McAndrew
Assistant United States Attorney

Dated: September 6, 2011

FORM DBD-34
APRIL 91

No. _____

# UNITED STATES DISTRICT COURT

\_\_\_ District \_ of \_ Delaware \_\_\_

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2011 SEP -6 PM 1:55

## THE UNITED STATES OF AMERICA

vs.

## DAVID GELLAD

# INDICTMENT

**A true bill.**

_____

**Foreman**

Filed in open court this _____ day,

of _____ A.D. 2011 \_\_\_\_\_

_____

Clerk

Bail, $ _____

_____