11 CR 88

MONDAY AUGUST 10, 2020

DAVID GEILAD, 08355-082
FEDERAL CORRECTIONAL INSTITUTION
GILMER
P.O. BOX 6000
GLENVILLE, WV 26351


HONORABLE JUDGE SUE L. ROBINSON
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET
ROOM 4124 - UNIT 31
WILMINGTON, DE 19801-3568

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2020 AUG 17 AM 9:06

HONORABLE JUDGE,

Following the process detailed in our BOP program statement 5050.50, I petitioned Warden Hudgins for a reduction in sentence (RIS) under 3582(c)(1)(A) on May 15, 2020. I submitted the request through our unit secretary, Ms. Wilson, who assured me that she handed it to the office of the Warden. I attached to this letter a copy of my request to the Warden. It details why I believed that I satisfy requirements for compelling and extraordinary circumstances. Also it contained my detailed release plan.

On July 8th, almost two months later, I asked

our case manager, Mr. Jones, what the status of my request was in my Sentry file, he mentioned to me that they put in place a new process. In that process I had to complete a special form that he would scan together with my original request and email it to CMC Mr. Smith who had the responsibility to coordinate these requests with Warden Hudgins.

Even though Program Statement 5050.50 clearly indicates that if I don't receive a reply by the Warden within 30 days I can motion the court directly, I decided to follow the new process and complete the form and re submit it to CMC Smith; which I did. Mr. Jones scanned it in front of me and emailed it to CMC Smith. That was on July 8th.

Your Honor we are August 10 and I still haven't received no response from the Warden's office. I have been waiting since May 15, almost 3 months, I don't believe any more waiting time is required.

I am writing you this letter appealing to your compassion and humbly and respectfully ask you to appoint me a lawyer to help me properly write the court motion and represent me at any court's hearings.

We have been on lockdown for over four months

PAGE -3-

because of the COVID19 pendemic. We have very limited access to the law library. I have no knowledge or expertise in writing such documents and I have no financial means to afford a private attorney.

I attached to this letter an updated copy of my progress report. It will show you that I have been a model inmate at every level during my incarceration and how I used every day of my time working hard and making every rehabilitative effort possible and preparing my self for a successful and sustainable release.

I thank you in advance for your time and for considering my request for a public deffender or a court appointed attorney.

Respectfully

David Geian


**Submitted to Prison Staff on:** ___/___/___

**JULY / 8 /2020**
(Month) (Day)

Dear Warden **HUDGINS**:
(Warden's Last Name)

My name is **GELLAD, DAVID** and my Register No. is **08355-082**. I am writing to respectfully request that I be considered for an early release from prison under the Compassionate Release Program, under 18 U.S.C. § 3582(c)(1), and that you treat this as a formal request for a reduction in sentence (RIS).

I believe I am a good candidate for Compassionate Release for the following reasons. I have been incarcerated since **JULY 23, 2011**. I am currently **52**-years-old.

Since I have been incarcerated, I have received the following medical treatment: **BIOPSY + MULTIPLE SCANS FOR POTENTIAL RELAPSE OF MY THYROID CANCER - HIGH BLOOD PRESSURE - GLAUCOMA IN BOTH EYES - SEVERE ACID REFLUX - PRE ASTHMATIC - ANXIETY**

My current physical and mental health problems include: **THYROID + LYMPH NODES CANCER HISTORY HEREDITARY HIGH BLOOD PRESSURE - GLAUCOMA IN BOTH EYES - SEVERE ACID REFLUX - PRE ASTHMATIC - HERNIA IN GROIN + NAVEL.**

I take the following medications: **100 Mg LEVO THYROXINE - 240 MG DILTIAZEM 10 Mg OMEPRAZOLE - 81 Mg ASPIRIN - LATANOPROST - 300 RANITIDINE**

I believe I am (or a family member who needs my care is) at high risk of complications from COVID-19 because **HIGH BLOOD PRESSURE + WEAKENED IMMUNE SYSTEM DUE TO THE ABSENCE OF MY THYROID AND 100 LYMPH NODES FROM MY NECK PUT ME AT VERY HIGH RISK**

Other information that makes me a good candidate for compassionate release includes: **EXAMPLARY BEHAVIOR AND CLEAN CONDUCT - IMPRESSIVE PROGRAMING AND REHABILITATION - 7 YEARS WORKING AS GRADE ONE TUTOR (EDUCATION + VT) - VERY STRONG SUPPORT NETWORK**

When I am released from prison, I plan to live with **WITH MY PARENTS TO SUPPORT THEM** at **2100 ALICE NOLIN #409, MONTREAL QUEBEC H4N 3C3 CANADA**.

Based on the information above, given my personal circumstances and the COVID-19 pandemic, I request early release under the Compassionate Release Program.

Thank you for your time and consideration.

**GELLAD, DAVID**, Register Number: **08355-082**
(Full name)

```
BP-A148.055                     INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                        FEDERAL BUREAU OF PRISONS
```

| TO: (Name and Title of Staff Member) WARDEN R. HUDGWS / RIS COORDINATOR | DATE: 5-15-2020 |
|---|---|
| FROM: GENAD, DAVID | REGISTER NO.: 08355-082 |
| WORK ASSIGNMENT: VT-AM HVAC INSTRUCTOR | UNIT: C3-203L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

PERSUANT TO FEDERAL BUREAU OF PRISON POLICY 5050.50 AND THE FIRST STEP ACT (FSA), I REQUEST TO HAVE THE WARDEN AT FCI-GILMER RULE ON MY BEHALF FOR A REDUCTION IN SENTENCE (RIS) DUE TO THE EXTRAORDINARY AND COMPELLING REASONS LAID OUT IN THE ATTACHED MEMORANDUM IN SUPPORT OF THIS REQUEST.

PLEASE, DO NOT HESITATE TO LET ME KNOW SHOULD YOU NEED ANY ADDITIONAL INFORMATION.

THANK YOU IN ADVANCE FOR CONSIDERING MY REQUEST.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER                    SECTION 6

# MEMORANDUM IN SUPPORT OF REQUEST FOR REDUCTION IN SENTENCE

I AM FILING A REQUEST FOR A REDUCTION IN SENTENCE (RIS) PURSUANT TO 18 U.S.C. 3582 WHICH WAS AMENDED BY THE FIRST STEP ACT (FSA) IN 2018. SEE ALSO PROGRAM STATEMENT 5050.50. ACCORDING TO THIS UPDATE, AN INMATE MAY INITIATE A REQUEST FOR CONSIDERATION UNDER 18 U.S.C. 3582(c)(1)(A) ONLY WHEN THERE ARE PARTICULARLY EXTRAORDINARY AND COMPELLING CIRCUMSTANCES WHICH COULD NOT REASONABLY HAVE BEEN FORESEEN BY THE COURT AT THE TIME OF SENTENCING.

I WOULD LIKE TO SEEK THE INITIATION OF THE PROCESS. HOWEVER, AS PER THE PROGRAM STATEMENT, I MUST PROVIDE THE FOLLOWING:

A- THE EXTRAORDINARY AND COMPELLING CIRCUMSTANCES THAT I BELIEVE WARRANT CONSIDERATION.

B- PROPOSED RELEASE PLAN, INCLUDING WHERE I WILL RESIDE AND HOW I WILL SUPPORT MYSELF.

I CAN ASSURE YOU THAT I SATISFY THESE REQUIREMENTS IN ORDER TO PREVAIL IN THIS REQUEST.

## A- COMPELLING CIRCUMSTANCES:

### MY MEDICAL HISTORY

- I HAVE A HISTORY OF THYROID CANCER WITH METASTASIS TO THE LYMPH NODES OF MY NECK. I HAD A TOTAL THYROIDECTOMY AND THE TOTALITY OF THE LYMPH NODES IN THE LEFT SIDE OF MY NECK (100 NODES) WERE REMOVED. I HAD 2 ROUNDS OF HEAVY DOSE RADIOACTIVE IODINE TREATMENTS

because of relapses. All this have a direct impact on weakining my immune system. The last few years I have been seeing an outside "ENT" and endocrinologist who asked for multiple tests, scans and biopsies to investigate new nodules in my neck. I take a heavy dose of Synthroid (200 mg) to make sure the Thyroid Stimulating Hormone (THS) is suppressed.

- I suffer from hereditary high blood pressure. I take 240 mg of Diltiazem (a calcium blocker)
- I suffer from severe acid reflux. I take 2 medications to control it: 20 mg Omeprazole and 300 mg of Ranitidine.
- I am pre asthmatic.

## My Exceptional Conduct and Rehabilitative Efforts

During my 106 months of incarceration, including 79 in this institution, I have demonstrated exceptional character, attitude, and behavior that unquestionably rise to the level of compelling circumstances that could not reasonably have been foreseen by the court at the time of sentencing. I would like to enumerate some of these qualities in support of my request.

- I have been a model inmate and have been maintaining a perfectly clear conduct since the beginning of my incarceration.
- As a Grade One tutor for 7 years at the Education and Vocational Training Departments, I was dedicated to helping other inmates succeed. Beside helping them, I have been a mentor and had a great positive impact on them at both the personal and academic levels. I have positively contributed to their becoming better men. As a GED tutor, I prepared them to go further in their education. As a

GSC BUSINESS PROGRAM AND VOCATIONAL TRAINING TUTOR, I HELPED THEM PREPARE FOR A SOLID AND LONG TERM CAREERS AND TRADES THAT WILL ENSURE THEM A SUCCESSFUL AND SUSTAINABLE RELEASE AND RE ENTEGRATION IN SOCIETY AND TO SUPPORT THEIR FAMILIES AND LOVED ONES.

- IN AN EFFORT TO BECOME A BETTER PERSON MYSELF, I HAVE PARTICIPATED IN AND SUCCESSFULLY COMPLETED NUMEROUS PROVEN RECIDIVISM LOWERING PROGRAMS OFFERED BY THE PSYCHOLOGY DEPARTMENT DESIGNED TO CURTAIL CRIMINAL THINKING AND ENCOURAGE REHABILITATION, NAMELY: "BASIC COGNITIVE BEHAVIOR" AND "CRIMINAL THINKING". I ALSO COMPLETED MULTIPLE FAITH BASED BIBLE STUDIES.

- IN ORDER TO PREPARE MYSELF FOR A SUCCESSFUL AND SUSTAINABLE RELEASE, I SUCCESSFULLY COMPLETED NUMEROUS VOCATIONAL TRAINING PROGRAMS OFFERED BY THE VT DEPARTMENT IN "ELECTRICAL WIRING", "HVAC", AND "CONCRETE POLISHING AND FINISHING". I ALSO COMPLETED A MULTITUDE OF ACE PROGRAMS OFFERED BY THE EDUCATION DEPARTMENT. I HAVE COMPLETED TWO APPRENTICESHIP PROGRAMS WITH THE "U.S. DEPARTMENT OF LABOR".

- SINCE 2015, I HAVE BEEN GENEROUSLY AND CONSISTENTLY DONATING A GOOD PERCENTAGE OF MY MONTHLY INMATE PAY TO CHARITIES LIKE: "ST-JUDE CHILDREN HOSPITAL", "OPERATION SMILE", AND "FOOD FOR THE POOR".

- I HAVE NOT DEFAULTED ON ANY OF MY MONTHLY FRP PAYMENTS.

## B - PROPOSED RELEASE PLAN

EVEN THOUGH I HAVE MANY OPTIONS FOR A RESIDENCE, IN THE SHORT TERM AFTER MY RELEASE, I WILL BE LIVING WITH MY PARENTS SO THAT I CAN ASSIST WITH THEIR IMMEDIATE NEEDS. THEIR ADDRESS IS:

2100 ALICE NOLIN #409
MONTREAL, QUEBEC H4N 3C3 CANADA

PAGE 4

Throughout the 20 years of my extensive career occupying technical and management level positions in the field of wireless telecom, I built a reputation and developed a large network of contacts in key positions. I am still in contact with most of these people and they are committed, upon my release, to open doors for me and help me find good paying opportunities and rejoin the workforce.

During my incarceration, I invested tremendous time and effort to learn and master different trades. I have been teaching these trades at the VT department for 6 years. Beside the fact that these trades will ensure me a good paying job, my teaching experience showed me that I have a gift for teaching and for easily and successfully passing my knowledge on to other people around me. There is a huge demand for these trades back home in Canada. My interest and plan is to open a vocational training school focused on teaching released inmates. I truly believe that this is one of the most important and critical criteria to prevent people from going back to prison.

## Conclusion

Through these compelling circumstances that I enumerated and the solid release plan I detailed, I believe that I demonstrated that I am a perfect candidate for a reduction in sentence based on the First Step Act.

I am a first time offender. I have always been a law abiding citizen. I always studied and worked hard to provide for my family. Nothing in my history shows any pattern of behavior that reflects my crime. I am a good, respectful and kind man who committed a big mistake. I never hesitated to give a helping hand to any person in need. I pleded

PAGE 5

guilty and took full responsibility for my action. I demonstrated real and sincere remorse. I know without any doubt that I will never commit such a crime or any crime in the future. I strongly recommend that you consult with my unit team as well as my bosses at the VT and education departments about my character and what they have witnessed from me during the 7 years working for them. I have completed 70% of my sentence I should serve including the good conduct time credit.

I have a large support network of family members, friends and business partners. Lot of them drive 18 hours from Canada to come visit me on regular basis. These people are committed to offer me all the financial and moral support I need to successfully re-integrate society. My Christian faith and everything I learned through my suffering during this trial of my life will ensure that I will never recidivate. They say that it is what a person does when nobody is watching that matters. For 106 months I have been doing nothing but what is right, helping people, and investing every effort to become a better man and to stay on the right path. I demonstrated that I can live by the rules and respect all the instructions I am supposed to follow.

For all these reasons, I humbly and respectfully ask you, Warden Hudgins, together with the BOP, to file on my behalf a motion to the court recommending a reduction of sentence. I truly believe that no more time in prison is necessary to bring any further change. I am appealing to your mercy to recommend to my sentencing judge to give me time served which will coincide with my mandatory minimum.

# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GELLAD, DAVID 08355-082

SEQUENCE: 00191195
Report Date: 07-14-2020



| | |
|---|---|
| Facility: | GIL GILMER FCI |
| Name: | GELLAD, DAVID |
| Register No.: | 08355-082 |
| Quarters: | C03-214U |
| Age: | 52 |
| Date of Birth: | 03-15-1968 |

| | |
|---|---|
| Custody Level: | IN |
| Security Level: | MEDIUM |
| Proj. Rel Date: | 05-03-2024 |
| Release Method: | GCT REL |
| DNA Status: | PHL05147 / 05-15-2013 |

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:2422(B) COERCION AND ENTICEMENT OF A MINOR | 180 MONTHS |

Date Sentence Computation Began: 05-13-2013
Sentencing District: DELAWARE

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 432 | Years: 8 Months: 11 Days: | + 660 JC - 0 InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |
| | DEPORTATION A200589547 |
| PENNSYLVANIA | STATE SENTENCE / CASE #CP-CR-15-4432-2012 |

## Program Plans
** No notes entered **

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| GIL | VT AM | VOCATIONAL TRAINING DETAIL | 05-30-2019 |

## Work Assignment Summary
** No notes entered **

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| GIL | ESL HAS | ENGLISH PROFICIENT | 10-28-2013 |
| GIL | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-28-2013 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| GIL | | PSE:COLLEGE CORRESPONDENCE | 12-26-2013 | CURRENT |
| GIL | C | POLISH CONCRETE:M-R: 0730-1030 | 04-08-2019 | 09-25-2019 |
| GIL | C | VT:DEPT LABOR CUSTODIAL MAINT | 03-15-2018 | 09-27-2018 |
| GIL | C | AARP FINANCES OVER 50 | 12-22-2016 | 01-12-2017 |
| GIL | C | DOL:TEACHER'S AIDE-APPRENTSHIP | 11-06-2015 | 12-02-2016 |
| GIL | C | (V)CUSTOMER SERVICE-CAI | 09-12-2016 | 10-17-2016 |
| GIL | C | (W)STRESS CONTROL-CAI | 09-12-2016 | 10-17-2016 |
| GIL | C | (L)EFFECTIVE TIME MGMT 1-CAI | 08-08-2016 | 09-12-2016 |
| GIL | C | (I)COMMUNICATING CLEARLY-CAI | 08-08-2016 | 09-12-2016 |
| GIL | C | (I)TEAMWORK IN BUSINESS-CAI | 08-01-2016 | 08-08-2016 |
| GIL | C | (I)CONFLICT MANAGEMENT-CAI | 08-01-2016 | 08-08-2016 |
| GIL | C | (V)DATA TELECOM-CAI | 07-25-2016 | 08-01-2016 |
| GIL | C | (V)INTERVIEW SKILLS-CAI | 07-25-2016 | 08-01-2016 |
| GIL | C | (G)DECISION MAKING-CAI | 05-02-2016 | 07-25-2016 |


# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GELLAD, DAVID 08355-082

SEQUENCE: 00191195
Report Date: 07-14-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| GIL | C | (G)CRITICAL THINKING-CAI | 05-02-2016 | 07-25-2016 |
| GIL | C | (V)BUSINESS WRITING-CAI | 04-11-2016 | 05-02-2016 |
| GIL | C | (D) FINANCIAL INVESTING -CAI | 04-11-2016 | 05-02-2016 |
| GIL | C | (V)SELLING BASICS-CAI | 04-11-2016 | 05-02-2016 |
| GIL | C | (V)BUS MEETING SKILLS-CAI | 04-11-2016 | 04-11-2016 |
| GIL | C | (D)FINANCIAL DECISIONS-CAI | 04-11-2016 | 05-02-2016 |
| GIL | C | (D)DEVELOP LEADERSHIP-CAI | 03-20-2016 | 05-02-2016 |
| GIL | C | (D)FINANCIAL BUDGETING-CAI | 03-11-2016 | 04-18-2016 |
| GIL | C | (C)ANGER MGMT WORKPLACE-CAI | 03-20-2016 | 04-14-2016 |
| GIL | C | (C)PROBLEM SOLVING-CAI | 03-25-2016 | 04-06-2016 |
| GIL | C | (I)PREPARE TO NEGOTIATE-CAI | 08-11-2015 | 01-28-2016 |
| GIL | C | ACE:KEYBOARDNG,TIMES VARY | 06-03-2015 | 11-03-2015 |
| GIL | C | INTER SPIN: T/TH/SAT 1800-2000 | 07-27-2015 | 09-18-2015 |
| GIL | C | JOB FAIR-INFORMATION SESSIONS | 09-02-2015 | 09-02-2015 |
| GIL | C | VT HVAC | 04-09-2015 | 07-23-2015 |
| GIL | C | VT:ELECT PROG T-F 730-1030AM | 11-12-2014 | 02-20-2015 |
| GIL | C | JOB FAIR-INFORMATION SESSIONS | 08-27-2014 | 08-27-2014 |

### Education Information Summary
** No notes entered **

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Discipline Summary
** No notes entered **

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 05-30-2019 | CURRENT |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 05-22-2018 | 05-30-2019 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 05-16-2018 | 05-22-2018 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 02-09-2018 | 05-16-2018 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 12-27-2017 | 02-09-2018 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 11-15-2017 | 12-27-2017 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 11-01-2017 | 11-15-2017 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 10-31-2017 | 11-01-2017 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 08-07-2017 | 10-31-2017 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 07-26-2017 | 08-07-2017 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 05-22-2017 | 07-26-2017 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 02-22-2017 | 05-22-2017 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 09-25-2015 | 02-22-2017 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 10-27-2014 | 09-25-2015 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 06-30-2014 | 10-27-2014 |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 05-16-2014 | 06-30-2014 |
| GIL | A-DES | US DISTRICT COURT COMMITMENT | 10-22-2013 | 05-16-2014 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-29-2013 |
| CARE2 | STABLE, CHRONIC CARE | 10-08-2013 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-11-2013 |


# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GELLAD, DAVID 08355-082

SEQUENCE: 00191195
Report Date: 07-14-2020

| Assignment | Description | Start |
|---|---|---|
| YES F/S | CLEARED FOR FOOD SERVICE | 10-11-2013 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| NO ASSIGNMENTS | | |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 10-29-2013 |

### Physical and Mental Health Summary

** No notes entered **

### FRP Details

Most Recent Payment Plan

**FRP Assignment:** PART  FINANC RESP-PARTICIPATES  **Start:** 10-23-2013
**Inmate Decision:** AGREED  $35.00  **Frequency:** MONTHLY
**Payments past 6 months:** $210.00  **Obligation Balance:** $98,890.00

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | REST NV | $101,370.00 | $98,890.00 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 07-10-2020 | GIL | PAYMENT | INSIDE PMT | $35.00 |
| | 06-10-2020 | GIL | PAYMENT | INSIDE PMT | $35.00 |
| | 05-12-2020 | GIL | PAYMENT | INSIDE PMT | $35.00 |
| | 04-10-2020 | GIL | PAYMENT | INSIDE PMT | $35.00 |
| | 03-10-2020 | GIL | PAYMENT | INSIDE PMT | $35.00 |
| | 02-11-2020 | GIL | PAYMENT | INSIDE PMT | $35.00 |

### Financial Responsibility Summary

** No notes entered **

### Release Planning

** No notes entered **

### General Comments

** No notes entered **


**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GELLAD, DAVID 08355-082

SEQUENCE: 00191195
Report Date: 07-14-2020

Name: GELLAD, DAVID
Register Num: 08355-082
Age: 52
Date of Birth: 03-15-1968
DNA Status: PHL05147 / 05-15-2013

_____
Inmate   (GELLAD, DAVID, Register Num: 08355-082)

7-14-20
_____
Date

_____
Chairperson

7-14-20
_____
Date

_____
Case Manager

7-14-20
_____
Date

DAVID GENAD, 08355-082
FEDERAL CORRECTIONAL INST.
GILMER
P.O. BOX 6000
GLENVILLE, WV 26351


7019 0700 0000 5733 5803





U.S. POSTAGE PAID
FCM LG ENV
GLENVILLE, WV
26351
AUG 11, 20
AMOUNT
$0.00
R2305K138742-04

6.05



1000   19801




2020 AUG 17

HONORABLE JUDGE SUE L. ROBINSON
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET
ROOM 4124 - UNIT 31
WILMINGTON, DE 19801-3568


LEGAL MAIL